FID:
11502269

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

USA,

v.

BRENDA VILLA,

Case No: 2:22-CR-00245-DAD *SEALED*

UN-SEALED

## WARRANT FOR ARREST

**TO:** THE UNITED STATES MARSHAL
and any Authorized United States Officer

USMS SACRAMENTO RCVD
DEC 9 2022 PM 1:16

**YOU ARE HEREBY COMMANDED TO ARREST:** Brenda Villa

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

FILED
JAN 09 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Indictment

charging him or her with *(brief description of offense)*

Conspiracy to Commit Falsification of Records in Federal Investigation

in violation of Title __18__ United States Code, Section(s) __371__

| | |
|---|---|
| V. Licea Chavez | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| V. Licea Chavez (signature) | 12/9/22        Sacramento, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at **NO BAIL**         by **Magistrate Judge Deborah Barnes**

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| | |
|---|---|
| 12/9/2022 | Frank Newson DUSM For FBI |
| Date Received | Name and Title of Arresting Officer |
| 12/27/2022 | (signature) |
| Date of Arrest | Signature of Arresting Officer |