PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-245 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| BRENDA VILLA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status hearing on February 27, 2023, at 9:00 a.m.  The parties appeared on calendar for that status hearing.  During the hearing, the Court ordered that the parties submit a written order regarding the excludable time sought.

2.      By this stipulation, the defendant now moves to continue the status conference until April 10, 2023, and to exclude time between February 27, 2023, and April 10, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes over 10,000 pages, including investigative reports, business records, medical records and other materials, in addition to audio files.  All of this discovery has been either produced

directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to review the current charges, to conduct investigation and research related to the charges, and to review the current charges and discovery with the defendant.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 27, 2023 to April 10, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  February 27, 2023                         PHILLIP A. TALBERT
                                                 United States Attorney


                                                 /s/ ROSANNE L. RUST
                                                 ROSANNE L. RUST
                                                 Assistant United States Attorney

Dated:  February 27, 2023

/s/ ERIC HINTZ
ERIC HINTZ
Counsel for Defendant
BRENDA VILLA

**[PROPOSED] ORDER**

IT IS SO FOUND AND ORDERED this _____ day of _____, _____.

THE HONORABLE WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE