PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00245 WBS |
|---|---|
| Plaintiff, | FIRST AMENDED GOVERNMENT'S EXHIBIT LIST |
| v. | DATE: July 11, 2023 |
| BRENDA VILLA, | TIME: 9:00 a.m. |
| Defendants. | COURT: Hon. William B. Shubb |

The United States, by and through its undersigned counsel, hereby submits the following list of exhibits it intends to introduce in its case-in-chief:

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 1 | Google Photos | PACHECO_00000960-PACHECO_00000961 | | |
| 2 | Diagram of A-Facility | VILLA_00000370 | | |
| 3 | Photos of A-Facility | PACHECO_00003476, 3533, 3493, 3531, 3532, 3529, 3528, 3494, 3495, 3498, 3501, 3505 | | |
| 4 | Photos of CSP-Sacramento | VILLA_00000972, 985, 970, 975, 974, 981, 973, 982, 967, 983, 984, 987, 999, 980, 979 | | |

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 5 | Price incident photos at CSP-SAC by Aurich | PACHECO_00009037-PACHECO_00009042 | | |
| 6 | Photo of Victim 1 | PACHECO_00000111 | | |
| 7 | Price incident injury photos at UCD by Steele | PACHECO_00009047-PACHECO_00009054 | | |
| 8 | CDCR officer ID photos | PACHECO_00003541, 3534, 3540, 3535, 3544, 3537, 3539, 3543, 3538 | | |
| 9 | Brenda Villa emails to group for Price incident and Kiel email to Villa re: SBI status | VILLA_00000071-VILLA_00000072, VILLA_00000075-VILLA_00000076, VILLA_00000146 | | |
| 10 | Draft Reports re Price incident | | | |
| 10A | Ashley Aurich emails and draft reports re Price incident | VILLA_00000082-VILLA_00000085, VILLA_00000116-VILLA_00000118, VILLA_00000157-VILLA_00000159 | | |
| 10B | Arturo Pacheco email and draft report re Price incident | VILLA_00000121-VILLA_00000122, VILLA_00000130-VILLA_00000131, VILLA_00000153-VILLA_00000154 | | |
| 10C | Dorian Lopez email and draft report re Price incident | VILLA_00000100-VILLA_00000102, VILLA_00000125-VILLA_00000127, VILLA_00000134-VILLA_00000136 | | |
| 10D | Jeff Bigney email and draft report re Price incident | VILLA_00000108, VILLA_00000142-VILLA_00000143, VILLA_00000149-VILLA_00000150 | | |
| 10E | Todd Jones email and draft report re Price incident | VILLA_00000091-VILLA_00000092, VILLA_00000111-VILLA_00000113 | | |

| **EXHIBIT NO.** | **DESCRIPTION** | **BATES RANGE** | **IDENTIFIED** | **ADMITTED** |
|---|---|---|---|---|
| 11 | Arturo Luna email and draft report re Price incident | VILLA_00000095-VILLA_00000097 | | |
| 12 | Final Reports re Price incident | | | |
| 12A | Ashley Aurich | PACHECO_00002575-PACHECO_00002581 | | |
| 12B | Arturo Pacheco | PACHECO_00000051 | | |
| 13 | Rules Violation Report for R.P. by Arturo Pacheco | PACHECO_00006649, 8982, 5798, 8983; PACHECO_00000013-PACHECO_00000015 | | |
| 14 | Official training records for CDCR Off. | | | |
| 14A | Annual Audit of Training – Brenda Villa | PACHECO_00003607-PACHECO_00003614 | | |
| 14B | Annual Audit of Training – Ashely Aurich | PACHECO_00003601-PACHECO_00003606 | | |
| 14C | Annual Audit of Training – Arturo Pacheco | PACHECO_00003595-PACHECO_00003600 | | |
| 14D | Annual Audit of Training – Dorian Lopez | PACHECO_00003620-PACHECO_00003626 | | |
| 14E | Annual Audit of Training – Arturo Luna | PACHECO_00003636-PACHECO_00003643 | | |
| 14F | Annual Audit of Training – Jeffrey Bigney | PACHECO_00003615-PACHECO_00003619 | | |
| 14G | Annual Audit of Training – Todd Jones | PACHECO_00003591-PACHECO_00003594 | | |
| 14H | Annual Audit of Training – Greg Stuhr | PACHECO_00003627-PACHECO_00003635 | | |
| 15 | CDCR A-facility blocks rules | | | |
| 15A | A-facility 6 block | PACHECO_00008224-PACHECO_00008227 | | |
| 15B | A-facility 7 block | PACHECO_00000126-PACHECO_00000129 | | |
| 15C | A-facility 8 block | PACHECO_00000889-PACHECO_00000891 | | |

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 16 | CSP-Sacramento Incident packages | | | |
| 16A | Incident package for inmate S.B. | VILLA_00000579-VILLA_00000609, VILLA_00002441 | | |
| 16B | Incident package for Inmate Victim 1 (R.P)[1] | VILLA_00000610-VILLA_00000644, VILLA_00002442-VILLA_00002443 | | |
| 16C | 902(11) Declaration of Custodian of Records re: Incident Packages | VILLA_00000578 | | |
| 17 | GJ Transcript - Testimony of Brenda Villa on 11/5/2020 (for foundational purposes) | VILLA_00000001-VILLA_00000041 | | |
| 17A | GJ Transcript – Excerpt 1 | VILLA_00000004-VILLA_00000009 | | |
| 17B | GJ Transcript – Excerpt 2 | VILLA_00000010-VILLA_00000012 | | |
| 17C | GJ Transcript – Excerpt 3 | VILLA_00000015-VILLA_00000016 | | |
| 17D | GJ Transcript – Excerpt 4 | VILLA_00000019-VILLA_00000023 | | |
| 17E | GJ Transcript – Excerpt 5 | VILLA_00000039 | | |
| 18 | UC Davis Medical Records of Victim 1 (R.P.) with 902(11) Declaration (for foundational purposes) | VILLA_00000372-VILLA_00000563 | | |
| 18A | Medical Records – Excerpt 1 | VILLA_00000373-VILLA_00000374 | | |
| 18B | Medical Records – Excerpt 2 | VILLA_00000386-VILLA_00000388 | | |
| 18C | Medical Records – Excerpt 3 | VILLA_00000392 | | |
| 18D | Medical Records – Excerpt 4 | VILLA_00000396-VILLA_00000398 | | |
| 18E | Medical Records – Excerpt 5 | VILLA_00000554 | | |

---

[1] The government is in possession of the original exhibits regarding 16B, 17 and 19, which it will lodge with the court on the first day of trial.

| EXHIBIT NO. | DESCRIPTION | BATES RANGE | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 19 | Certified Death Certificate for Victim 1 (R.P.) | VILLA_00001049-VILLA_00001050 | | |

Dated:  July 10, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ MICHAEL D. ANDERSON
MICHAEL D. ANDERSON
ROSANNE L. RUST
Assistant United States Attorneys